# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Strategic Outsourcing, Inc.,

    Plaintiff,

vs.

M.B.R. Industries, Inc.,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:10-cv-469

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2010 Order.

Signed: November 16, 2010

Frank G. Johns, Clerk
United States District Court